**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF **NICHOLAS CARTER AS RECEIVER FOR SUTTON, LTD AND WEMBLEY, LTD** Pursuant to 28 U.S.C. §1782, ) For an Order to Obtain Discovery ) In Aid of a Foreign Proceeding | Case No. 3:19-MC-00102-JBA |

September 21, 2019

**MOTION TO QUASH SUBPOENA**

The movant, Elizabeth Wyckoff, hereby request this Court squash the subpoena directed at her seeking documentary production on September 23, 2019 at 10:00 AM. The undersigned attempted to contact Attorney Farnsworth by telephone and electronic mail prior to filing this motion but was unsuccessful in doing so.

**I.    STATEMENT OF LAW**

Pursuant to FRCP 45(d)(3) the Court may quash a subpoena when said subpoena "(i) fails to allow a reasonable time to comply; (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c); (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or (iv) subjects a person to undue burden."

The party seeking to quash the subpoena bears the burden of persuasion. *ATS Products, Inc v. Champion Fiberglass, Inc.*, 309 F.R.D. 527, 531 (N.D. Cal. 2015)).

**II.   STATEMENT OF FACT**

The subpoena in this matter is dated September 6, 2019 and requires compliance on September 23, 2019, 17 days later.  The subpoena served upon Ms.

Wyckoff by taping the subpoena on the gate near and entrance to her home. Due to the manner in which the subpoena was left on her property Ms. Wyckoff did not receive actual notice of the subpoena until the week of September 16, 2019.

The subpoena is wide reaching and seeks an enormous swath of documents which were previously in the possession of Ms. Wyckoff's late husband. To wit:

> 1. All documents in your possession, custody, or control that were formerly in the possession, custody, or control of your late husband, E. Lisk Wyckoff, concerning the Entities.
> 2. All documents concerning the Entities that are in your possession, custody, or control, and which you received or sent on behalf of your late husband, E. Lisk Wyckoff.
> 3. All documents concerning the Entities that are in your possession, custody, or control, and which you received or sent since the death of your late husband, E. Lisk Wyckoff.

### III.     ARGUMENT

Due to the short compliance date, manner of service, and breadth of the documentary requests, compliance with the subpoena by Ms. Wyckoff, a non-party to this action, is unduly burdensome. Pursuant to FRCP 45(d)(3)(i) Ms. Wyckoff was not given sufficient time to respond to the subpoena, as even if she received the subpoena on the same day it was issued there would not have been enough time to gather and vet all the requested documents. Since she only received actual notice of the subpoena a few days prior to the compliance date there can be no reasonable expectation that she will be able to provide compliance. Furthermore, pursuant to FRCP 45(d)(3)(iv) the requests are overly broad and ill-defined making compliance unduly burdensome on their face.

### IV.     CONCLUSION

Due to the timing and manner of service and the scope of the documentary requests in the subpoena compliance is unduly burdensome such that it should be quashed. WHEREFORE, the movant respectfully requests that the subpoena be quashed and that in the alternative compliance be stayed until the Court has the opportunity to schedule a hearing on the matter.

THE MOVANT, ELIZABTH WYCKOFF,

By:\_\_\_\_/s/ Miguel A. Almodóvar_____
Miguel A. Almodóvar, Esq. of
Jacobs & Rozich, LLC
91 William Street, P.O. Box 1952
New Haven, Connecticut 06509
Bar No. ct29662
Tel. 203.772.4134
Fax. 203.772.4472
malmodovar@jandrllc.com

**CERTIFICATION OF SERVICE**

    I hereby certify that on September 21, 2019 a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing systems indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                        /s/ Miguel A. Almodóvar
                                                                        Miguel A. Almodóvar, Esq.